# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0606. ERIC ULYSSES JACKSON v. FORSYTH COUNTY SHERIFF.**

Prison inmate Eric Ulysses Jackson filed an emergency petition for writ of habeas corpus, seeking immediate release from incarceration. The trial court entered a final order denying Jackson's petition, and Jackson filed a notice of appeal to this Court. Jackson has since filed a motion to transfer his case to the Supreme Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, Jackson's motion is GRANTED, and this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/06/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*